UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------ x

NYP HOLDINGS, INC.,

                Plaintiff,

   - against -

NEW YORK POST PUBLISHING INC.,
STEVEN JUDE HOFFENBERG, and JOHN
DOES 1-10,

                Defendants.

------------------------------------------------------------ x

14 Civ. 8310

**RULE 7.1**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff NYP Holdings, Inc. ("NYP") states that News Corporation is a publicly held corporation owning 10% or more of NYP.

Date: October 16, 2014

*[signature]*
Laura R. Handman
Samuel M. Bayard
Camille Calman
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Tel.: (212) 489-8230
Fax: (212) 489-8340

*Attorneys for Plaintiff NYP Holdings, Inc.*