UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------x

NYP Holdings, Inc.,

        Plaintiff,

- against -

NEW YORK POST PUBLISHING INC.,
STEVEN JUDE HOFFENBERG, and JANE
DOES 1-10,

        Defendants.

---------------------------------------------------------------x

14 Civ. 8310

**DECLARATION OF
LAURA R. HANDMAN**

I, LAURA R. HANDMAN, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the firm Davis Wright Tremaine, LLP, attorneys in the above-referenced action for Plaintiff NYP Holdings, Inc. I submit this declaration in support of Plaintiff's Order to show Cause for Preliminary Injunction and Expedited Proceedings.

2. I am over eighteen years of age and competent to attest to the contents of this declaration. I am fully familiar with the facts and circumstances described herein.

3. On September 17, 2014, after NYP Holdings discovered Defendants' website at www.newyorkpostpublishinginc.com (the "Infringing Website"), I sent a letter to the Infringing Website's hosting service and domain registrar demanding that it withdraw its services from the Infringing Website. A true and correct copy of that letter with exhibits is annexed hereto as Exhibit A.

4. Attached hereto as Exhibit B is a true and correct copy of an email from Steven Hoffenberg that I received on September 19, 2014, with the subject line "FED CIVIL RULE 11 SANCTIONS AGAINST YOUR LAW FIRM IN MURDOCH MASSIVE FRAUD."

I declare the foregoing to be true under penalty of perjury.

Executed in New York, New York, this 15 day of October, 2014.

*Laura R. Handman*
Laura R. Handman

DWT 24973642v3 3930033-000043