# EXHIBIT A



**Davis Wright
Tremaine** LLP

**Laura R. Handman**
Suite 800
1919 Pennsylvania Avenue NW
Washington, DC  20006-3401
202.973.4224 tel
202.973.4499 fax

1633 Broadway
New York, NY 10019-6708
212.489.8230 tel
212.489.8340 fax

laurahandman@dwt.com

September 17, 2014

***Via Email and Federal Express***

Just Host aka Fast Domain, Inc.
ATTN: Legal Department
560 E Timpanogos Pkwy.
Building G
Orem, UT 84097
legal@justhost.com
support@justhost.com

Re:     **Infringement by newyorkpostpublishinginc.com**

Dear Sir or Madam,

We are intellectual property counsel for NYP Holdings, Inc. ("NYP Holdings"), the publisher of the *New York Post*. The *New York Post* is the oldest, continuously published daily newspaper in the United States, having been first published by Alexander Hamilton in 1801. Today, the *Post* is sold in many states in the United States, both at newsstands and by subscription. The *Post*'s website, www.nypost.com (the "*Post* Site"), is one of the largest newspaper websites in the United States with approximately 98 million page views per month. The *Post* Site is accessed by users in many countries throughout the world.

As a result of its activities, including through its website and related domain name, NYP Holdings has generated enormous goodwill in the *New York Post* name and the NEW YORK POST trademark, both in the United States and worldwide, and has developed significant common law trademark rights in the mark. NYP Holdings also owns registered trademarks for NEW YORK POST (U.S. Reg. Nos. 1,526,818; 2,213,076; 3,098,128; 3,199,515; 3,357,150; 3,319,743; 3,652,365; 3,639,502; 4,056,288) and NYPOST.COM (U.S. Reg. No. 3,639,503) (collectively, the "*Post* Trademarks"). The *New York Post*, the *Post* Site, and the *Post* Trademarks are famous in New York and throughout the United States, and are well-known in many other countries. Both prior to and after these registrations, the *Post* has continuously used the *New York Post* name and trademark for over seventy years, and they have become inherently distinctive of the *Post*'s publishing activities and related merchandise.

Just Host aka Fast Domain, Inc.
ATTN: Legal Department
September 17, 2014
Page 2

It has recently come to our attention that the website,
http://www.newyorkpostpublishinginc.com/ (the "Infringing Website"), for which Just Host
aka Fast Domain, Inc. is the web hosting provider and domain registrar, is infringing NYP
Holdings' trademark rights by publishing news content under the trademark "New York Post
Publishing Inc." (Screenshots of representative pages of the Infringing Website are attached
as Exhibit A.) Specifically, the Infringing Website uses the NEW YORK POST trademark at
the top of every page as the masthead of the website. In addition, the Infringing Website has
a layout, font style, and overall look-and-feel that resemble the trade dress and visual
appearance of the *Post* Site. (Screenshots of representative pages of the *Post* Site are
attached as Exhibit B.) The domain name incorporates the NEW YORK POST. Given that
both the *New York Post* and the Infringing Website provide news content, customers are
likely to be confused about the origin, source, sponsorship, and/or affiliation of the Infringing
Website with the *New York Post*.

As such, the Infringing Website's unauthorized use of the NEW YORK POST mark
and associated trade dress constitutes trademark infringement, false designation of origin, and
false representation under 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a), trademark dilution
under 15 U.S.C. §1125(c), a violation of the Anticybersquatting Consumer Protection Act, 15
U.S.C. § 1125(d), as well as trademark infringement, dilution, and unfair competition under
common law and State laws.

As you are no doubt aware, online service providers may bear contributory liability for
trademark infringement by websites or other end users they service, particularly where they
have been provided notice of the illegal activity. *See Gucci America, Inc. v. Hall &
Associates,* 135 F.Supp.2d 409, 416 (S.D.N.Y. 2001); *Louis Vuitton Malletier, S.A. v. Akanoc
Solutions*, 591 F.Supp.2d 1098, 1112 (N.D. Cal. 2008).

In addition, the Infringing Website plainly violates Just Host's own Acceptable Use
Policy (http://www.justhost.com/acceptable-use-policy), which states that "[a]ny violation of
any person's or entity's intellectual property rights, rights of privacy, rights of publicity or
other personal rights is prohibited."

As such, we request that you immediately cease providing services to the Infringing
Website. We further request that you provide us with complete and accurate contact details
for the registrant.

Please understand that as long as the Infringing Website is operable, it continues to
cause our client irreparable harm. As such, we look forward to receiving your response no
later than end of business on Friday, September 19, 2014.

Just Host aka Fast Domain, Inc.
ATTN: Legal Department
September 17, 2014
Page 3


     The foregoing is not intended as an exhaustive list of all possible claims or a waiver, compromise or an offer of settlement and is sent without prejudice to any rights or future claims of NYP Holdings.

                    Very truly yours,

                    Laura R. Handman

LRH/
Enclosures


cc:    Eugenie C. Gavenchak
       Samuel M. Bayard

# EXHIBIT A





New York Post Publishing Inc Is Offering Readers up to
$One Million Dollars
For Your Stories About Great Scandals!
Send In Your Most Scandalicious Story Today To:
hoffenberg.steven@gmail.com
To Win up to $One Million Dollars!

Floyd 'Money' Mayweather Throws VIP Fight Party































http://www.newyorkpostpublishinginc.com/

File   Edit   View   Favorites   Tools   Help







THE HOFF
REPORT



**BLISTER IS NOT A STRATEGY**

President • Maria Santiago
CEO Publisher • Steven J. Hoffenberg
Deputy Publisher • Flo Anthony
305 East 40th Street, Suite 8A
New York, NY 10016
212-949-1935



212-283-7120

http://www.newyorkpostpublishinginc.com/mitch-albom-musician-sho...s-the-true-meaning-of-free/

File   Favorites   Tools   Help

communications Law...   Web Slice Gallery ▾   Free Hotmail   Free Hotmail   Suggested Sites (1) ▾   Welcome to Lexbino, Lega...   Fastcase   Find Result - 166 f.3d 460

# NewYorkPost

*Publishing Inc.*

## Mitch Albom: Musician shows the true meaning of free



MITCH ALBOM

The esteemed guitar player kept strumming in the rain. His audience was around 30 people, down from the hundreds who had come to see him before the storm hit.

TRIBUNE CONTENT AGENCY · TUESDAYS WITH MITCH

"What else?" he yelled, smiling.

Someone called a song. He began crooning.

"I've got you under my skin,"

"I've got you, deep in the heart of me."

The crowd was crunched together, staying dry beneath a concrete overhang. A few feet away, it was pouring — with occasional lightning and ear-splitting thunder — yet the guitar player continued, undaunted.

"I'd sacrifice anything come what may

"For the sake of having you near..."







http://www.newyorkpostpublishinginc.com/mitch-album-musician-shows-the-true-meaning-of-free/    ρ ▼ ⭘    Mitch Album: Musician sho... ×

dk  View  Favorites  Tools  Help
Telecommunications Law...   Free Hotmail   Web Slice Gallery ▼   Suggested Sites (1) ▼   L Welcome to Loislaw, Loga...   Fastcase   Find Result - 166 f 24 690

"I'd sacrifice anything come what may

"For the sake of having you near..."

Let's talk about what's free. Really free. Last week, the global media gushed when Irish rock band U2 appeared at one of those Apple news conferences and announced a deal to distribute its latest collection of music, "Songs of Innocence," to every iTunes user in the world — making it, as Apple CEO Tim Cook bragged, "the largest album release of all time."

All for free.

What is free?

By "free," of course, they mean you don't pay for the songs. If you have iTunes, you can simply download them. Critics were impressed. Fans came away thinking, "Wow, those guys are what music should be about."

Now, I admire U2's charitable efforts. No other rock band spends as much time on global issues.

But they're not wearing sackcloth. Their last tour was the richest in concert history, grossing $736 million. And for this latest deal, Apple reportedly gave them a huge fee, plus, according to Forbes, a marketing campaign worth nearly $100 million.

With an iTunes audience of half a billion getting its songs, U2 can expect to break its own money record when the band goes on tour again. And you, the consumer, while getting free U2 music, must go through the iTunes website and see all the ads for other products, which Apple hopes you will then buy. It's called a "loss leader."

Now, let's compare that with the guitar player above. His name is John Pizzarelli. He is 54, the son of well-known jazz guitar player Bucky Pizzarelli, who's 88. Father and son came to Detroit two weeks ago for the annual Jazz Festival, which is free — really free — to all attendees.

John and his dad were scheduled to play a closing outdoor concert. But just a few

DOLLARS
New York Post Follows up, in it, is Offering. Readers up to
$5's at two Weeks
For your Stiaves, without Great Advertising
Stand in Your Most Scintillating Story or Body Up
to Product at Every Yenii.Com
to Savings & Same-Mail on Daily's.'

http://www.newyorkpostpublishinginc.com/mitch-album-musician-shows-the-true-meaning-of-free/   Mitch Album: Musician sho... ×

File   View   Favorites   Tools   Help

Telecommunications Law...   Web Slice Gallery ▾   Free Hotmail   Suggested Sites (1) ▾   Welcome to Loislaw, Lega...   Fastcase   Find Result - 186 F.3d 990

free — to all attendees.

John and his dad were scheduled to play a closing outdoor concert. But just a few songs in, a massive thunderstorm sent everyone fleeing. People ducked for cover. John, wearing a blue pinstripe suit and white buck, waited it out in a tunnel. After a half hour, they officially canceled the show, and most wet patrons, fighting their umbrellas, raced to their cars.

Now, I happen to know John, so I went back to say good-bye. He felt awful about the fans not getting to hear more music, so he took his guitar out to the covered area and shook hands with the stalwarts waiting for the storm to pass.

Pretty soon, he started strumming the chords to "Avalon." Then he sang it. Then he did "They Can't Take That Away From Me" and "I Got Rhythm," throwing the lyrics to the crowd for a sing-along. He even did some amazing scat singing to his solos — all while standing up, in the middle of a huddle.

Remember, this is Sunday night, outside, during a rainstorm, under a concrete stairway in Hart Plaza. Song after song came off his guitar.

"Oh here's a good one," he said, then launched into "It Had to Be You," acknowledging the small applause by saying "Thank you, ladies' choice!" He got everyone singing and laughing and generally forgetting the fact that they were drenched.

He could have split. He'd fulfilled his contract. He could have said, "Hey, they didn't pay for tickets." Instead, he even played "The Wheels on the Bus" for two little girls. He performed for more than half an hour, and finished with the happiest little crowd you could imagine.

Nobody paid him extra. Nobody was filming it (although I see someone has posted it to YouTube). John is famous in the jazz world. He sells out New York nightclubs. He's played with everyone from Zoot Sims to Paul McCartney.

But on this night, he was an artist sharing his gift in the true meaning of "gift." Few people witnessed it. No one is talking about it. But I just figure, if we're going to



He performed for more than half an hour, and finished with the happiest little crowd you could imagine.

Nobody paid him extra. Nobody was filming it (although I see someone has posted it to YouTube). John is famous in the jazz world. He sells out New York nightclubs. He's played with everyone from Zoot Sims to Paul McCartney.

But on this night, he was an artist sharing his gift in the true meaning of "gift." Few people witnessed it. No one is talking about it. But I just figure, if we're going to celebrate U2 for a clever business venture, we could at least clap a few times for the damp but smiling guitar player, strumming his heart out in the rain.

(C) 2014 BY THE DETROIT FREE PRESS DISTRIBUTED BY TRIBUNE CONTENT AGENCY, LLC.

**Leave a comment**

Your email address will not be published.

Name *

Email *

Website

Comment

Post Comment

http://www.newyorkpostpublishinginc.com/mitch-albom-musician-shows-the-true-meaning-of-free/
     P ▾ Ĉ  Mitch Albom Musician sho... ✕

ile   View   Favorites   Tools   Help

Telecommunications Law...     Web Slice Gallery ▾     Free Hotmail     Suggested Sites (1) ▾     Welcome to Loislaw, Lega...     Fastcase     Find Result - 166 F.3d 680

Email *

Website

Comment

Post Comment

President • Maria Santiago
CEO Publisher • Steven J. Hoffenberg
Deputy Publisher • Flo Anthony
305 East 40th Street, Suite 8A
New York, NY 10016
212-949-1955





**212-233-7120**
Fax 212-652-9081
708 Ball Avenue • New York, NY 10017
(Enter at 114 Street & 2nd Ave)
Order online: www.PennellTV.com





http://www.newyorkpostpublishinginc.com/hillarys-steak-is-not-well-done/

View   Favorites   Tools   Help

telecommunications Law...   Web Slice Gallery ▾   Free Hotmail   Suggested Sites (3) ▾   L   Welcome to Loislaw, Legu...   Fastcase   Find Result - 166 f 3d 480

Hillary's "steak" is not well... ×

# NewYorkPost

*publishing Inc.*

## Hillary's "steak" is not well done



**CAL THOMAS**

A Wall Street Journal/NBC News Poll indicates the substantial obstacles Mrs. Clinton must overcome should she run for president. Forty-one percent of those polled have a negative view of her; 43 percent have a positive view and just 16 percent are neutral.

TRIBUNE CONTENT AGENCY

Prior to his annual steak fry, retiring Sen. Tom Harkin (D-Iowa) said this about Hillary Clinton to Dan Balz of The Washington Post: "…she is much more progressive in her thoughts and her inclination than most people may think."

Liberals have embraced the word "progressive" because it sounds more forward-looking than "liberal," which has a track record voters periodically reject when the ideology doesn't live up to its declared goals (think Hubert Humphrey, George McGovern, Michael Dukakis, John Kerry, John Edwards and Al Gore, among others).

There is much we know about Hillary Clinton by whatever label she chooses to wear or hide behind. She has been in the national spotlight for more than two decades and most people have already decided what they think of her.

A Wall Street Journal/NBC News Poll indicates the substantial obstacles Mrs. Clinton must overcome should she run for president. Forty-one percent of those polled have a negative view of her; 43 percent have a positive view and just 16 percent are neutral.





http://www.newyorkpostpublishinginc.com/hillarys-steak-is-not-a-well-done/

Edit   View   Favorites   Tools   Help

Telecommunications Law...   Web Slice Gallery ▾   Free Hotmail   Suggested Sites (1) ▾   Welcome to Lexidew, Legal...   Fastcase   Find Result - 166 £34 600

A Wall Street Journal/NBC News Poll indicates the substantial obstacles Mrs. Clinton must overcome should she run for president. Forty-one percent of those polled have a negative view of her; 43 percent have a positive view and just 16 percent are neutral.

That is a very high negative with which to begin a presidential campaign and the political ads haven't even hit the airwaves.

The Wall Street Journal's Peter Nicholas touched at the heart of Mrs. Clinton's problem when he wrote: "Some Democrats who backed other candidates in the state's caucuses in 2008 say they haven't yet warmed to Mrs. Clinton. Others bristled at her recent criticism of President Barack Obama's Mideast policy…some say they want to see a more accessible and authentic candidate than the one who finished third behind Mr. Obama and former Sen. John Edwards of North Carolina (in 2008)."

That warmth and accessibility is a problem for her. She is not perceived as having, "the milk of human kindness by the quart in every vein," as Henry Higgins said of himself in the musical "My Fair Lady."

If Ronald Kessler's new book "In the President's Secret Service," a behind-the-scenes look at the elite protective agency and the president's inner circle, is to be believed, Mrs. Clinton treated her Secret Service detail so badly that some agents told him to be assigned to her was regarded as "a form of punishment."

The other problem is her record. Neither she, nor her most ardent defenders, are able to come up with anything substantive she did as first lady (Hillarycare failed to get through a Democratic Congress), senator (mostly forgettable legislation and resolutions, other than her voting to give President Bush authority to conduct the wars in Afghanistan and Iraq) or as secretary of state where she failed to "reset" relations with Russia, advance Middle East peace and adequately protect the U.S. mission in Benghazi, Libya, which led to the deaths of the U.S. ambassador and three other Americans.

An indication of how difficult it will be to sell Mrs. Clinton as a competent president comes from a column by Nicholas Kristof of The New York Times, who tries his best to create a positive record for her: "Clinton achieved a great deal and left a hefty



http://www.mayorofpaulpublishinginc.com/hillarys-stank-is-not-well-done/

Edit   View   Favorites   Tools   Help

Telecommunications Law...   Web Slice Gallery ▾   Free Hotmail   Suggested Sites (1) ▾   L Welcome to Lexis, Logo...   Fastcase   Find Result - 166 § 34 600

This is hardly breaking news.

Kristof added: "More fundamentally, Clinton vastly expanded the diplomatic agenda. Diplomats historically focused on 'hard' issues, like trade or blowing up stuff, and so it may seem weird and 'soft' to fret about women's rights or economic development."

At a time when our enemies are not just "blowing up stuff," but beheading journalists and aid workers, "hard issues" are increasingly important.

Opponents may wish to ask the same question Mrs. Clinton asked of Barack Obama in 2008. Who do you want to answer that "3 a.m. phone call"?

Should a strong Republican candidate emerge, it should be obvious.

**Leave a comment**

Like 0      Tweet 0      8+1   0

Your email address will not be published.

Name *

Email *

Website

Comment

Post Comm

President + Maria Santiago

http://www.newyorkpostpublishinginc.com/hillorys-steak-is-not-well-done/          Q ▾ ○   Hillary's "steak" is not well ...  ×

Vie   Favorites   Tools   Help
Telecommunications Law...   Web Slice Gallery ▾   Free Hotmail   Suggested Sites (1) ▾   Welcome to Loislaw, Legu...   Fastcase   Find Result - 166 F.3d 490

Email *

Website

Comment

Post Comment

President • Maria Santiago
CEO Publisher • Steven J. Hoffenberg
Deputy Publisher • Flo Anthony
305 East 40th Street, Suite 8A
New York, NY 10016
212-949-1955








212-233-7120

Fax: 212-949-9091
166 2nd Avenue • New York, NY 10011
(Corner of 41st Street & 2nd Ave)
Order online www.PennsylvaniaNYC.com

Copyright ⓒ Protected by New York Post Publishing Inc.





# NewYorkPost

## New World Series Schedule Allows Major League Baseball to (Mostly) Avoid NFL Games

This year's baseball postseason gets underway on Tuesday, Sept. 30 with the American League Wild-Card game on TBS, followed the next night by the National League Wild-Card game on ESPN.

By Rick Kissell

Rick Kissell • Variety

http://www.newyorkpostpublishinginc.com/new-world-series-schedule-allows-major-league-baseball-to-mostly-avoid-nfl-games/

View   Favorites   Tools   Help

elecommunications Law...   Web Slice Gallery ▼   Free Hotmail   Suggested Sites (1) ▼   L Welcome to Lolskew, Lega...   Fastcase   Find Result - 266 F.3d 490   New World Series Schedule... ×



Photo By Kelli Allison License/Junkie Creative Commons Attribution-Share Alike 2.0 via Wikimedia Commons

DOLLARS

New York Post Publishing, Inc. Is Offering Readers up to $One Million Dollars.

If In Your Stories About Great Seminal: Send In Your Most Scandal-Crack Story Today, In In Memory of Every Typical.com To Win Up to $One Million Dollars!

### Rick Kissell - Variety

There's no question that the National Football League is America's most popular sport, and Major League Baseball doesn't want baseball fans to have to choose between pro football and the World Series .

For the first time in 24 years, baseball's World Series will open on a Tuesday ( Oct. 21 ), according to the postseason schedule laid out by MLB on Thursday, a move that will considerably limit the number of times that baseball and pro football clash during the Fall Classic.

Under the previous schedule that started on a Wednesday and set its seventh game for a Thursday, there was the potential for four World Series games to go up against NFL action — two on Thursday (Games 2 and 7) and one each on Sunday (Game 4) and Monday (Game 5).

And in 2014, that would have meant baseball's championship round would have opposed a "Thursday Night Football" game on CBS (featuring Peyton Manning and the Denver Broncos ), a "Monday Night Football" game on ESPN (featuring the popular Dallas Cowboys ) and potentially a second "Thursday Night Football" game (this one on NFL Network only).

Instead, the new World Series schedule that starts on a Tuesday and sets its seventh game on a Wednesday means that only a Game 5 (if needed in the best-of-seven series) will go up against the NFL : opposite NBC's juggernaut "Sunday Night Football " (on Oct. 26 ).

Up until a few years ago, the NFL did not schedule a "Sunday Night Football" game opposite the World Series. But as the league has grown increasingly popular, it became confident enough to slate a game against the Fall Classic — and usually beat it in the process.

Major League Baseball traditionally scheduled its World Series to start on Saturdays from 1985 to 2006 (it began on a Tuesday in 1990 only because an early-season



http://www.newyorkpostpublishinginc.com/new-world-series-schedule-albros-major-league-baseball-to-mostly-avoid-nfl-games   ᵖ ∨ ᶜ

|e٠\. Fa٠orites Tools Help

ncommunications Law... 🖉 Web Sice Gallery ▾   🖉 Free Hotmail 🖉 Suggested Sites (1) ▾   ∟ Welcome to Loidew, Legu...   Features   Find Result : 166 F.3d 490

it in the process.

Major League Baseball traditionally scheduled its World Series to start on Saturdays from 1985 to 2006 (it began on a Tuesday in 1990 only because an early-season lockout delayed the start of the playoffs). It then moved to a higher-profile Wednesday start date in 2007.

This year's baseball postseason gets underway on Tuesday, Sept. 30 with the American League Wild-Card game on TBS, followed the next night by the National League wild-card game on ESPN. ( ESPN would also show any possible tie-breaker games on Monday, Sept. 29 )

Fox Sports 1 enters the action this year and will televise games in the National League Division Series and up to five games of the National League Championship Series.

TBS will air every game of the American League Championship Series, and Fox will again show all of the World Series. Game times will be announced at a later date.

**KEY POSTSEASON DATES**

A.L. Wild Card — Tuesday, Sept. 30 (TBS)

N.L. Wild Card — Wednesday, Oct. 1 ( ESPN )

American League Division Series (both) — begins Thursday, Oct. 2 (TBS)

National League Division Series (both) — begins Friday, Oct. 3 ( Fox Sports 1)

American League Championship Series — begins Friday, Oct. 10 (TBS)

National League Championship Series — begins Saturday, Oct. 11 (Fox)

World Series — begins Tuesday, Oct. 21 ; potential Game 7 on Wednesday, Oct. 29 (Fox)

© 2014 Variety Media, LLC, a subsidiary of Penske Business Media; Distributed by Tribune Content Agency, LLC



🔲 Like   🐦 Tweet   0        8+1   0        **Leave a comment**

Your email address will not be published.

Name *

http://www.newyorkpostpublishinginc.com/new-world-series-schedule-allows-major-league-baseball-to-mostly-avoid-nfl-games/

View   Favorites   Tools   Help

communications Law...   Web Slice Gallery ▾   Free Hotmail   Suggested Sites (1) ▾   Welcome to Loislaw, Legis...   Fastcase   Find Result - 166 F.3d 490

New World Series Schedule ...

© 2014 Variety Media, LLC, a subsidiary of Penske Business Media, Distributed by Tribune Content Agency, LLC

f Like   0       Tweet   0       8+1   0

## Leave a comment

Your email address will not be published.

Name *

Email *

Website

Comment

Post Comment






President • Maria Santiago
CEO Publisher • Steven J. Hoffenberg
Deputy Publisher • Flo Anthony
305 East 40th Street, Suite 8A
New York, NY 10016
212-949-1935

http://www.newyorkpostpublishinginc.com/new-world-series-schedule-allows-major-league-baseball-to-mostly-avoid-nfl-games/ 🔍 ▾ ❖ 📰 New World Series Schedule... ×

View   Favorites   Tools   Help

lecommunications Law...   🌐 Web Slice Gallery ▾   🗐 Free Hotmail   🗐 Suggested Sites (1) ▾   L Welcome to LoisJaw, Lega...   📰 Fastcase   📰 Final Result - 165 F.3d 400

Email *

Website

Comment

Post Comm



President • Maria Santiago
CEO Publisher • Steven J. Hoffenberg
Deputy Publisher • Flo Anthony
305 East 40th Street, Suite 8A
New York, NY 10016
212-949-1935











212-233-7120
Fax 212-425-7031
305 East Avenue • New York, NY 10017
(Between E 41st Street & 42nd Ave)
Order online: www.PennyPressNYC.com

# EXHIBIT B

nypost.com

New York Post

View Favorites Tools Help

Web Slice Gallery ▼   Free Hotmail   Suggested Sites ▼   Welcome to Loislaw, Lega... ▼   Welcome to Loislaw, Lega...   Fastcase   Find Result - 166 F.3d 490

eCommunications Law...

IN THE NEWS:

HOME   SECTIONS   ADRIAN PETERSON   SEARCH   MISS AMERICA   NFL   BARACK OBAMA   ISIS   NEW YORK JETS   FOLLOW   SUBSCRIBE   SIGN IN





*NEW YORK POST*



# ISIS supporters urged to attack Times Square with pipe bombs





http://nypost.com/

File   Edit   View   Favorites   Tools   Help

Telecommunications Law...   Web Slice Gallery ▼   Free Hotmail   Suggested Sites (1) ▼   Welcome to Loislaw, Lega...   Fastcase   Find Result - 166 F.3d 490

New York Post



**Dempsey hints at ground troops if US attacks on ISIS fail**



**Idaho drivers are even ruder than New Yorkers: survey**

The folksy state Idaho outranked



**Grand jury to weigh Tony Stewart charges in killing of Kevin Ward**



**Parade magazine about to be sold to Athlon Media**

Parade magazine, the 75-year-old Sunday magazine

**Boeing, SpaceX to build space taxis for NASA**

**Ikea recalls $20 kids' swing that's at risk of breaking**

**Islamic State shoots down Syrian warplane**

**US will send 3,000 troops to help fight Ebola in West Africa**

BROWSE COVERS ARCHIVE

# Page Six



BEN AFFLECK'S 'DEEPLY BURIED'   TAYLOR SWIFT TAKES GAT   RIVERS COMPLAINS OF VOICE





http://nypost.com

New York Post

Edit  View  Favorites  Tools  Help

Web Slice Gallery  ▼   Free Hotmail   Suggested Sites   ▼   Welcome to Loislaw, Lega...   Telecommunications Law...   Fastcase   Find Result - 166 F.3d 490

Home

KIMYE MAKES CAMEO DURING LONDON FASHION WEEK

LEONARDO DICAPRIO NAMED U.N. MESSENGER OF PEACE

JUST A NUMBER: STARS WITH BIG AGE DIFFERENCES

MINDY KALING WAS 'SO MISERABLE, SO BEAUTIFUL' AFTER NOVAK SPLIT

THE AVG. AMERICAN WASTES 13,471 HRS //YR FINDING SOMETHING TO WATCH.

DECIDER   WE'RE HERE TO HELP.   CHECK OUT DECIDER.COM

CHOOSE ANY INTERNET
THEN ADD PHONE + TV FOR JUST
$34.90 MORE PER MONTH
LEARN MORE
CALL (888) 250-3918
OFFER EXPIRES 3/30/14
COMCAST BUSINESS  B4B BUILT FOR BUSINESS

## SPORTS

**How the Mets can salvage something from this season**

Just lose, baby. What else do the Mets have now?...

**NFL Power Rankings: Meet the powerhouse Panthers**

**Mike Francesa: CBS threatened to sue me**

**How one college uses Kim Kardashian, Selena Gomez to recruit**

## METRO

New York Post

Telecommunications Law... | Web Slice Gallery ▾ | Free Hotmail | Suggested Sites ▾ | Welcome to Loislaw, Lega... | Fastcase | W Find Result - 166 F.3d 490

CONCAST B4B BUILT FOR BUSINESS
BUSINESS

## METRO

Scammers accused of stealing $60K from apartment hunters

ISIS supporters urged to attack Times Square with pipe bombs

Postal worker testifies firefighter called him 'N-word' during assault

'I wish it had been me': Drunk boat skipper who killed bride, best man

## ENTERTAINMENT



Nine is a good number for Rachael Ray

Batman prequel puts the 'goth' in 'Gotham'

Whether or not you're into superheroes, you

Cara Delevingne lands major movie role in 'Paper Towns'

'Friends' coffeehouse Central Park lives to roast another day

## BUSINESS

## POSTROLOGY

69

### CANCER

If what you previously thought was a brilliant idea has come to nothing, abandon it. You may be tempted to give it another go but is it worth it? Probably not. There are more interesting things you can spend your time on today.

See all Horoscopes

## TRENDING NOW



Floyd Mayweather didn't leave tip on $25K bill: waitress

http://nypost.com/

View   Favorites   Tools   Help

Telecommunications Law...   Web Slice Gallery   Free Hotmail   Suggested Sites (1)   Welcome to Loislaw, Lega...   Fastcase   Find Result - 166 F.3d 490

New York Post

Home



Floyd may threaten until I leave a tip
on $25K bill: waitress



18,372

European teens who joined ISIS
claim to be pregnant

1400+

ISIS supporters urged to attack
Times Square with pipe bombs

CHOOSE ANY INTERNET
THEN ADD PHONE + TV

JUST $ 49 90

## BUSINESS



Ackman and
Allergan reach
truce over special
meeting date

Allergan and
Pershing Square



Walmart's chief flack
resigns over resume flap

Chairman Lampert lends
Sears $400M

NFL falls to No. 3 in league
loyalty following
Rice brouhaha

## OPINION



Policing the police-bashers



The state of Miss America

## FASHION




CHOOSE ANY INTERNET
THEN ADD PHONE + TV

JUST $34⁹⁰ more a month

GET IT NOW
(888) 250 3918

COMCAST B4B
BUSINESS
BUILT FOR BUSINESS

## COLUMNISTS

**Michael Starr**

Nine is a good number for
**Rachael Ray**

**Mike Vaccaro**

The NFL may be America's top

## FASHION

Audrey Hepburn's granddaughter
is poised to take the fashion world
by storm

Kanye gets a cut, Eva Chen hates
NYC construction and more

## LIVING

You are now entering a
The 11 weirdest international laws
to follow when traveling

Get healthy and relaxed in upstate
New York

http:// nypost.com/    ⌂ ▾ ⟳   🅷 Home    ▾   New York Post

Ir e Fan tak es Ic ck ⊦=lʲ

Telecommunications Law... 🄰 Web Sice Ga ley ▾   🄰 Suggested Sites (1) ▾   🔴 Free Hotmail   L Welcome to Loislaw, Lega... ▾   🄵 Fastcase   W Find Result - 166 F.3d 490

## REAL ESTATE



**Gawker Media to move to new Flatiron digs**



**Murray Hill Properties to buy Maiden Lane tower**

## TECH



**Apple launches tool to remove U2 album you didn't want**



**Apple sold record 4M iPhone 6s during first day of pre-orders**

## MEDIA

**Lois Weiss**

**Gawker Media to move to new Flatiron digs**

**Bart Hubbuch**

**NFL Power Rankings: Meet the powerhouse Panthers**

SEE ALL COLUMNISTS

— NOW ON —

# DECIDER



Final Shots: An Unexpected (Bit...



http://nypost.com/2014/09/16/isis-supporters-urged-to-attack-times-square

View   Favorites   Tools   Help

Telecommunications Law...   Web Slice Gallery ▼   Free Hotmail   Suggested Sites (1) ▼   L Welcome to Loislaw, Lega...   Fastcase   W Find Result - 166 F.3d 490

ISIS supporters urged to att...



IN THE NEWS:   ADRIAN PETERSON   MISS AMERICA   NFL   BARACK OBAMA   ISIS   NEW YORK JETS

⌂ HOME   ≡ SECTIONS   🔍 SEARCH

*NEW YORK POST*

+ FOLLOW   📧 SUBSCRIBE   👤 SIGN IN



METRO

f   🐦   g+   ▶

# ISIS supporters urged to attack Times Square with pipe bombs

By Bruce Golding and Erin Calabrese

September 16, 2014 | 4:45pm









http://nypost.com/2014/09/16/isis-supporters-urged-to-attack-times-square

ISIS supporters urged to att...

communications Law...   Web Slice Gallery ▼   Free Hotmail   Welcome to Loislaw, Lega...   Fastcase   Find Result - 166 F3d 490



**NEW YORK POST**

## TRENDING NOW IN METRO



ISIS supporters urged to attack Times Square with pipe bombs

'I wish it had been me': Drunk boat skipper who killed bride, best man



Supporters of the Islamic State are posting recipes for bombs on forums online coaxing followers to attack American tourist attractions.

From Shutterstock and Mirsat Reuters

**MORE ON:**
**ISIS**

European teens who joined ISIS claim to be pregnant

Al Qaeda affiliate pleaded with ISIS to release British taxi driver

ISIS reopens Mosul schools — without music, art and history

Feds outline plan amid fears ISIS

Supporters of the Islamic State terror group are being urged to attack Times Square and other popular American tourist attractions with easily assembled homemade bombs, according to a disturbing report Tuesday.

A message posted on an ISIS Web forum lists widely available ingredients needed to build a pipe bomb, and includes photos showing how to combine them into a deadly explosive device, Vocativ reported.

The Arabic-language message cites Times Square — the scene of a failed car-bomb attack in 2010 by al Qaeda sympathizer Faisal Shahzad — and the Las Vegas Strip as prime targets, but also suggests striking sites in

**READ NEXT.** Postal worker testifies firefighter called

http://nypost.com/2014/09/16/isis-supporters-urged-to-attack-times-square

Telecommunications Law... | Web Slice Gallery ▼ | Free Hotmail | Suggested Sites (1) ▼ | L Welcome to Loislaw, Lega... | Fastcase | W Find Result - 166 F.3d 490

ISIS supporters urged to att...

of Horror in Tourist Spots and Other Targets," and was written three weeks ago.

But it "resurfaced" on Saturday afternoon, around the same time ISIS released a video of the beheading of British aid worker David Haines on the same Web forum, according to Vocativ.

NYPD Commissioner Bill Bratton said cops were aware of the message, but added: "There are no credible, specific threats to the city at this time based on the latest intelligence."

"We're quite concerned, as you would expect, of the capabilities of ISIS, much more so than al Qaeda ... to use social media to try and spread their recruitment efforts to try and inspire," Bratton said.

"We're focused on it, and I believe, we are as prepared as any entity could be to deal with threats. But the reality is that we are living in a new era of potential terrorism."

FILED UNDER   9/11/11, ISIS, TERRORISM, TIMES SQUARE

f  🐦  🦶  ✉

READ NEXT:   Postal worker testifies firefighter called...

## YOU MIGHT ALSO LIKE







Postal worker testifies firefighter called him 'N-word' during assault

— NOW ON —
## DECIDER



Final Shots: An Unexpected (But Surprisingly Effective) 'OITNB'/Golden Girls' Mash-Up

The Ever-Changing Faces Of Audrey And Rusty Griswold

'Broad City' Webisode Roasts An "Epcot Of Cereal" And Teases

ISIS supporters urged to att...

Telecommunications Law...   Web Slice Gallery ▾   Free Hotmail   Suggested Sites (1) ▾   L Welcome to Loislaw, Lega...   Fastcase   W Find Result - 166 F.3d 490   Home

## YOU MIGHT ALSO LIKE



A Drone's View of Burning Man
Advicker.com

10 Worst Women To Ever Walk The Earth
RantLifestyle



I Tried Blue Apron's Meal Delivery Service and Here's How It...
TheKitchn



18 Extremely Uncomfortable Photos of Ariana Grande
Ranker

20 HOT Female Athletes That Should Ditch Sports For Hollywood
Ranker Sports



18 Celebs Who Clearly Have Fake Teeth [Before-After Photos]
PolliceVote

Promoted Content by

### The Ever-Changing Faces Of Audrey And Rusty Griswold

### 'Broad City' Webisode Boasts An "Epcot Of Cereal" And Teases Season Two



SEE ALL



THE AVG. AMERICAN WASTES 13,471 HRS // YR FINDING

**DECIDER**   CHECK OUT DECIDER.COM



http:/ nypost.com 2014/09/26 isis-supporters-urged-to-attack-times-square/

ISIS supporters urged to att...

Telecommunications Law...   Web Slice Gallery ▼   Free Hotmail   Suggested Sites (1) ▼   Welcome to Loislaw, Lega...   Fastcase   W Find Result - 166 F.3d 490

Home



Rivers complains of voice trouble in 'last' ...

Proudly powered by WordPress.com VIP